IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CARL LEWIS, #71511                                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.   4:06cv153-DPJ-JCS

LORETTA BENNETT, L. PRUDE,
AND LARRY C. HARDY                                                                                  DEFENDANTS

## ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action. This court finds that liberally construing the plaintiff's allegations he is attempting to assert a claim that his right to equal protection has been violated as it relates to the Rule Violation Reports he received on July 20, 2006, May 2, 2006, April 12, 2006, March 27, 2006, and February 24, 2006. However, he failed to provide sufficient facts to support such an allegation. Therefore, it is hereby,

ORDERED:

1. That on or before March 26, 2007, the plaintiff shall file a written response to specifically state what each defendant did to discriminate against the plaintiff as it relates to the Rule Violation Reports which is the subject of the instant civil action.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 2nd day of March, 2007.

*s/ James C. Sumner*
UNITED STATES MAGISTRATE JUDGE

Civil action no. 4:06cv153DPJ-JCS            2